IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY AND DISTRIBUTION, | ) ) ) | |
| Plaintiff, | ) ) | 4:05cv3202 |
| v. | ) ) | |
| JANET DUGAN, and UNITED STATES OF AMERICA, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by November 25, 2005, file their Report of Parties' Planning Conference.

DATED November 7, 2005.

/s/ David L. Piester
United States Magistrate Judge