IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY AND DISTRIBUTION, INC., | ) ) ) ) | 4:05CV3202 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| JANET DUGAN and UNITED STATES OF AMERICA, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 12) and Federal Rules of Civil Procedure 21 and 41(a),

IT IS ORDERED that:

1. The defendant Janet Dugan is dismissed as a party; and
2. The caption of the case is amended to reflect that the United States of America is the only party defendant.

November 29, 2005.           BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge