IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY AND DISTRIBUTION, INC., | ) ) ) | 4:05CV3202 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice, each party to bear their own costs, and complete record waived.  (Filing No. 21).  The Court, being fully advised in the premises, finds that such an order should issue pursuant to Federal Rule of Civil Procedure 41(a).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 4th day of May, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Court